51 F.3d 1047
 Roy A. Edwards
v.
Nestle Beverage Co.; Roy A. Edwards v. Nestle Beverage Co.,
Local 270 International Brotherhood of Teamsters,
Chauffeurs, Warehousemen and Helpers of America, AFL-CIO;
Roy A. Edwards v. Nestle Hills Brothers Co., Inc., William
E. Mohme, Nestle Beverage Co. (erroneously referred to as
Nestle Hills Brothers Co., Inc.)
 NOS. 93-3776, 94-30039
 United States Court of Appeals,
Fifth Circuit.
 Mar 31, 1995
 E.D.La., 43
 F.3d 669
 
 1
 DENIALS OF REHEARING EN BANC.